```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                    :
JOSE SAMUEL CUBAS ESCOTO,                           :
                              Petitioner,           :
                                                    :         20 Civ. 2129 (LGS)
           -against-                                :
                                                    :              ORDER
THOMAS DECKER, et al.,                              :
                                                    :
                              Respondents.          :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS on March 12, 2020, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 was filed. It is hereby

**ORDERED** that the Government shall, by **April 9, 2020**, file a memorandum in opposition to the Petition. The memorandum shall not exceed fifteen pages. Petitioner shall, by **April 23, 2020**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: March 12, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**